■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN CLARK, Also Known as STEVEN WORSLEY, Appellant. [691 NYS2d 313] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered March 12, 1997, convicting him of criminal sale of a controlled substance in the third degree (four counts) and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered the judgment is affirmed.

The charge given by the trial court was, as a whole, entirely proper (*see, People v Sharlow,* 185 AD2d 289, 290; *People v Ladd,* 89 NY2d 893, 894). The defendant's contention that the court usurped the jury's role by deciding a factual question in the jury's province is without merit (*cf., People v Mason,* 219 AD2d 681, 682).

The defendant's remaining contentions are without merit. Krausman, J. P., McGinity, Feuerstein and Smith, JJ., concur.